UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNDRA-CHRISTOPHER WATKINS,

Plaintiff,

v.

JACK E. TANNER *et al.*,

Defendants.

Case No. C05-5640RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is **DISMISSED WITHOUT PREJUDICE** prior to service. Plaintiff may not challenge his current conviction in a civil rights action.

(3) Clerk is directed to send copies of this Order to plaintiff, counsel for any defendants who have appeared, and to the Hon. Karen L Strombom.

DATED this 10th day of November, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1